Printed: 03/30/11 03:01 PM

Page: 1

# Claims Distribution Small Checks

Case: 09-50545 - MOEHLENBROCK, JAY RYAN

Trustee: ROBERT R. KANUTT (430160)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92007948155166 | 113 | 03/30/11 | 5 | 09/13/10 | 610 | Payee: U.S. Bankruptcy Court<br>U.S. Bank N.A. | 67.50 | 67.50 | 0.27 | 0.27 |

Check Amount: $0.27

RECEIVED
2011 APR -1  AM 9:09
U.S. BANKRUPTCY COURT
DULUTH, MN

(*) Denotes objection to Amount Filed